IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WALTER HOLLIDAY,<br><br>Plaintiff,<br><br>v.<br><br>BERRY APPLEMAN & LEIDEN,<br><br>Defendant. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 3:24-cv-00904-L<br>§<br>§<br>§<br>§<br>§ |

### JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's Scheduling Order, dated July 16, 2024 (ECF No. 9), Counsel for the Parties conferred on October 15, 2024, and respectfully provide the following status of settlement negotiations:

Plaintiff made a demand to settle on June 24, 2024, that was rejected by Defendant. To date, Defendant has not made a counteroffer. The parties subsequently confirmed a date for a mediation in line with Your Honor's directive.

//

//

//

//

//

//

//

//

//

Dated:  October 15, 2024.                                     Respectfully submitted,

| | |
|---|---|
| */s/ Evan Richardson (signed with permission)* | */s/ Barbi McClennen Lorenz* |
| Walker G. Harman | Jennifer A. Youpa |
| Texas Bar No. 24136268 | Texas Bar No. 01383400 |
| wharman@theharmanfirm.com | jyoupa@littler.com |
| Evan Richardson | Barbi McClennen Lorenz |
| Texas Bar No. 24138559 | Texas Bar No. 24102171 |
| erichardson@theharmanfirm.com | blorenz@littler.com |

HARMAN GREEN P.C.
824 Exposition Avenue, Suite 8
Dallas, TX  75226
Telephone: (646) 248-2288

Attorneys for Plaintiff
WALTER HOLLIDAY

LITTLER MENDELSON, P.C.
2001 Ross Avenue, Suite 1500
Dallas, TX  75201-2931
Telephone:  (214) 880-8100
Facsimile:  (214) 880-0181

Emily R. Linn
Texas State Bar No. 24109478
elinn@littler.com

LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, TX  78701
Telephone:  512.982.7250
Facsimile:  512.982.7248

Attorneys for Defendant
BERRY APPLEMAN & LEIDEN

4859-2751-3584.1 / 025172-1026